■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELVIN ROIG, Appellant. (Appeal No. 2.) [984 NYS2d 905]—Appeal from a judgment of the Monroe County Court (John J. Connell, J.), rendered December 18, 2009. The judgment convicted defendant, upon his plea of guilty, of burglary in the third degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed.

Same memorandum as in *People v Roig* (117 AD3d 1462 [2014]). Present—Scudder, P.J., Smith, Carni, Lindley and Whalen, JJ.